# Court of Appeals
# of the State of Georgia

ATLANTA,  May 01, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1789, A19A1790, A19A1791, A19A1792, A19A1793, A19A1794, A19A1795, A19A1796, A19A1797, A19A1798, A19A1799, A19A1800, A19A1801, A19A1802, A19A1803, A19A1823. JAMES H. BURNETT v. CHONDRITE REO, LLC. (sixteen cases).**

Following foreclosure, Chondrite REO, LLC, acquired commercial property located at 5616 Memorial Drive. Chondrite REO subsequently filed sixteen separate dispossessory actions against JT Real Estate Holdings, Inc. and the occupants of various suites. James Burnett purported to obtain a power of attorney from the occupants, and he filed answers on behalf of JT Real Estate Holdings and the occupants.[1] On February 13, 2019, the trial court issues writs of possession in all sixteen cases. James Burnett filed notices of appeal in those cases as "Attorney-In-Fact, Authorized Representative on Behalf of OCCUPANT(S) Ens Legis." We, however, are unable to consider these appeals.

Although Burnett purported to obtain a power of attorney, such a document does not confer the authority to practice law. See *In re Estate of Aquilla Wheeler*, __ Ga. App. __ (Case Number A18A1971, decided March 6, 2019). In Georgia, "[o]nly a duly licensed attorney may answer a complaint for a person who does not appear pro se." *Keith v. Alexander Underwriters Gen. Agency*, 219 Ga. App. 36, 38 (463 SE2d 732) (1995). Because Burnett is not an attorney, he may not represent others – including corporations – in a court of record. See id.; OCGA § 15-19-51 (a) (1);

---

[1] In the dispossessory action against the corporation, Burnett signed the answer as "Jim Burnett, Agent for J. T. Real Estate Holdings, LLC." In the fourteen dispossessory actions against the various tenants, all answers were unsigned.

*Eckles v. Atlanta Tech. Group*, 267 Ga. 801, 803-804 (2) (485 SE2d 22) (1997); *Aniebue v. Jaguar Credit Corp.*, 308 Ga. App. 1, 1 n.1 (708 SE2d 4) (2011); *Congress Re-Insurance Corp. v. Archer-W. Contractors*, 226 Ga. App. 829, 831 (1) (487 SE2d 679) (1997).

Because all notices of appeal filed in these cases were filed by Burnett in a representative capacity, the notices of appeals are void, and these appeals are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/01/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*